**FILED**

SEP 23 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSE GILBERTO ORTIZ,<br><br>Defendant | No. 11-70995 PSG<br><br>**ORDER OF THE COURT CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>GUILLERMO GONZALEZ CASTILLO,<br><br>Defendant | No. 11-70994 PSG<br><br>**ORDER OF THE COURT CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT** |

Based on the stipulation by all three parties to the above captioned cases, and for good cause shown, the court ORDERS that the preliminary hearings or arraignment on an indictment, currently set for September 29, 2011, be VACATED, and the matter re-set for Thursday, October 13, 2011, at 1:30 p.m.

The court further FINDS that all three parties have waived the time limits within which the preliminary hearing must be held, as set forth in Fed. R. Crim. P. 5.1, for the limited period of time between September 29, 2011, and October 13, 2011.

IT IS SO ORDERED.

Date: 9/23/11

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge